FILED
MAY 20 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  RACHANA N. SHAH
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2800

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Cr. No. S-11-73 DAD
                                  )
12         Plaintiff,              )   Stipulation and [Proposed]
                                  )   Order
13    v.                           )
                                  )   Date: May 24, 2011
14 LUTHER JONES,                   )   Time: 10:00 a.m.
                                  )   Judge: Hon. Dale A. Drozd
15         Defendant.              )
                                  )
16 _____)

17      It is hereby stipulated and agreed between the United States,

18 by and through its undersigned counsel, RACHANA N. SHAH, and the

19 defendant, LUTHER JONES, by and through his undersigned counsel,

20 LINDA HARTER, that the previously scheduled trial confirmation

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

hearing set for May 24, 2011, be vacated and that a Change of Plea be set on that date instead.

DATED: May 19, 2011  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Rachana N. Shah
RACHANA N. SHAH
Special Assistant U.S. Attorney

DATED: May 19, 2011  By: /s/ Linda Harter
LINDA HARTER
Attorney for Defendant
Luther Jones

[~~PROPOSED~~] O R D E R

IT IS SO ORDERED:

DATED: May 20, 2011

*Dale A. Drozd*
HON. DALE A. DROZD
United States Magistrate Judge

2